Marc D. Haefner
Eleonore Ofosu-Antwi
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
Tel: (973) 757-1100

**Of Counsel:**

J. Stephen Simms
SIMMS SHOWERS LLP
201 International Circle, Suite 250
Baltimore, Maryland 21030
Tel: (410) 783-5795

*Attorneys for Plaintiff E.N. Bisso & Son, Inc.*

**THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| E.N. BISSO & SON, INC., <br><br> Plaintiff, <br><br> v. <br><br> TUG LINDA LEE BOUCHARD, BARGE B-205, Their equipment and appurtenances, and freights, <br><br> Defendants *in rem*. | Civil Action No.: <br><br> IN ADMIRALTY, Rule 9(h) <br><br> *Filed Electronically* |

**E.N. BISSO VERIFIED
COMPLAINT WITH REQUEST
FOR RULE C ARREST**

E.N. Bisso & Son, Inc. ("E.N. Bisso") bring this action against Defendant Bouchard Transportation Company, Inc. ("Bouchard") *in rem* for E.N. Bisso's claims against the TUG FREDERICK E. BOUCHARD ("Tug") and BARGE B-205 ("Barge") pursuant to Supplemental Rule C for Certain Admiralty and Maritime Claims and states as follows:

## Jurisdiction and Venue

1. This is an action within this Court's admiralty jurisdiction pursuant to 28 U.S.C. § 1333 and is an admiralty or maritime claim within Fed. R. Civ. P. 9(h).

2. Venue is proper in this District because the Tug and Barge are or soon will be located in this District.

## The Parties

3. E.N. Bisso is a corporation duly organized under Louisiana.

4. Tug and Barge are maritime vessels located or soon to be located in this District, owned and/or operated by Bouchard Transportation Company ("Bouchard").

## Facts

5. Bouchard ordered tug service for the Tug and Barge from E.N. Bisso for provision of tug assistance service to the Tug and Barge, pursuant to E.N. Bisso's contractual terms and conditions.

6. E.N. Bisso provided that tug service to the Tug and Barge, and rendered invoices to Bouchard, as follows:

| Invoice | Invoice Date | Service Dates | Location (Louisiana) | Invoice Amount |
|---|---|---|---|---|
| 142814 | 6/30/2019 | 6/9-11/2019 | PF & T Mt. Airy | $30,972.00 |
| 149275 | 6/30/2019 | 6/28-30/2019 | PF & T Mt. Airy | $30,697.00 |
| 143493 | 7/31/2019 | 7/23-24/2019 | PF & T Mt. Airy | $24,635.45 |
| 143550 | 7/31/2019 | 7/25/2019 | Belle Chasse Anchorage | $2,011.90 |
| 143926 | 8/21/2019 | 8/14-17/2019 | Blackwater Harvey | $3,887.40 |
| 144504 | 9/25/2019 | 9/19-21/2019 | Blackwater Harvey | $4,057.90 |
| 144848 | 10/17/2019 | 10/11-15/2019 | Perry Street Wharf | $3,989.70 |
| 144912 | 10/22/2019 | 10/16-18/2019 | PF & T Mt. Airy | $3,989.70 |
| 144968 | 10/23/2019 | 10/20/2019 | LaGrange Anchorage | $794.60 |
| 145472 | 11/22/2019 | 11/17-18/2019 | Blackwater Harvey | $3,921.00 |
| | | | | **Total: $105,035.65** |

7. The tug service which E.N. Bisso provided the Tug and Barge is a maritime necessary within the express meaning of 46 U.S.C. § 31301(4), and E.N. Bisso holds maritime liens against the Tug and Barge *in rem* in the amount of it services provided to the Tug and Barge, pursuant to 46 U.S.C. § 31342. Despite repeated demand, Bouchard has failed to pay E.N. Bisso's invoices for the tug services which E.N. Bisso provided and has breached its contract with E.N. Bisso.

### Count I – Breach of Maritime Contract

8. E.N. Bisso incorporates the above paragraphs as if fully set forth herein.

9. Bouchard has breached its maritime contract with E.N. Bisso as set out above. E.N. Bisso therefore demand s judgment, as set out more fully below.

### Count II – E.N. Bisso – Maritime Lien In Rem Against the Tug and Barge

10. E.N. Bisso incorporates the above paragraphs as if fully set forth herein.

11. E.N. Bisso as a consequence of tug services, a maritime necessary, to the Tug an Barge on the order of the Tug's owner, holds maritime liens *in rem* against the Tug and Barge in the amount of its services provided. E.N. Bisso therefore demands judgment against the Tug and Barge, *in rem*, as set out more fully below.

### Prayer for Relief

WHEREFORE, E.N. Bisso prays that this Court:

A. Order the issue of warrants for arrest of the Tug and Barge*, in rem;*

B. Order that the *in rem* claims of E.N. Bisso proceed against the Tug an Barge, *in rem*, and that on judgment and sale of the Tug and Barge, or from the provision of any security accepted by this Court and/ or E.N. Bisso, that E.N. Bisso's maritime lien claims *in rem* be paid from the proceeds, in the amount of at least **$105,035.65** and maritime prejudgment interest, and costs of arrest and of this action;

C. That this Court award E.N. Bisso such other and further proper relief.

|  |  |
|---|---|
| Dated: December 26, 2019 | WALSH PIZZI O'REILLY FALANGA LLP |
|  |  |
|  | *s/ Marc D. Haefner* |
|  | Marc D. Haefner |
|  | Eleonore Ofosu-Antwi |
|  | Three Gateway Center |
|  | 100 Mulberry Street, 15th Floor |
|  | Newark, New Jersey 07102 |
|  | E-mail: mhaefner@walsh.law |
|  | E-mail: eofosuatwi@walsh.law |
|  | Tel: 973-757-1100 |

**Of Counsel:**
J. Stephen Simms
SIMMS SHOWERS LLP
201 International Circle
Baltimore, Maryland 21030
Email: jssimms@simmsshowers.com
Tel: 410-783-5795

- 5 -

## VERIFICATION

I am a Principal of the law firm Simms Showers LLP, of counsel to E.N. Bisso.

The facts alleged in the foregoing complaint are true and correct to the best of my knowledge and information based upon the records of E.N. Bisso made available to me by E.N. Bisso. Authorized officers of E.N. Bisso are not readily available in this District to make verifications on E.N. Bisso's behalf. I am authorized to make this verification on E.N. Bisso's behalf.

Pursuant to 28 U.S.C. § 1746(1), I solemnly declare under penalty of perjury that the foregoing is true and correct.

Executed on: December 24, 2019

*s/ J. Stephen Simms*
J. Stephen Simms
SIMMS SHOWERS LLP
201 International Circle
Baltimore, Maryland 21030
Tel: 410-783-5795
Email: jssimms@simmsshowers.com

- 6 -

## RULE 11.1 CERTIFICATION

This matter is not the subject of any other pending matter, arbitration, or mediation.

Dated: December 26, 2019 　　　　　　　　　WALSH PIZZI O'REILLY FALANGA LLP

　　　　　　　　　　　　　　　　　　　　　　*s/ Marc D. Haefner*
　　　　　　　　　　　　　　　　　　　　　　Marc D. Haefner

## RULE 201.1(D) CERTIFICATION

This matter is not subject to compulsory arbitration because non-monetary relief is requested.

Dated: December 26, 2019                                   WALSH PIZZI O'REILLY FALANGA LLP

*s/ Marc D. Haefner*
Marc D. Haefner