THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| E.N. BISSO & SON, INC.,<br><br>                     Plaintiff,<br><br>v.<br><br>TUG LINDA LEE BOUCHARD, BARGE B-205, Their equipment and appurtenances, and freights,<br><br>                     Defendants *in rem*. | Civil Action No.: 2:19-cv-21925<br><br>IN ADMIRALTY, Rule 9(h)<br><br>*Filed Electronically* |

TO:    THE UNITED STATES MARSHAL FOR THE DISTRICT OF NEW JERSEY:

      WHEREAS a Complaint has been filed in this Court in the above-entitled action against the defendant vessel **TUG LINDA LEE BOUCHARD**, her equipment and appurtenances, and freights, upon an admiralty and maritime claim in the amount of **$105,035.65** for the reasons and causes therein stated and praying for process of warrant for the arrest of said vessel and appurtenances, and that all persons interested in the said vessel and her appurtenances may be cited to answer the premises, and that the said vessel and her appurtenances may for the causes in the said complaint be condemned and sold to pay the demands of the Plaintiff.

      YOU ARE HEREBY COMMANDED to attach the said vessel and her equipment and appurtenances, and freights, and to detain the same in your custody until the further order of the Court respecting the same, and to give due notice to all persons claiming the same or having anything to say why the same should not be condemned and sold pursuant to the prayer of the said complaint, that they must file their claim with the Clerk of the Court within 10 days after execution of this process, or within such additional time as may be allowed by the Court, and must serve their answers within 20 days after the filing of their claims.

      YOU ARE FURTHER COMMANDED to file this process in this Court with your return thereon promptly after execution thereof, and mail a copy thereof to the attorney of whose request the execution was effected.

                                                                   WILLIAM T. WALSH, CLERK
                                                                   U. S. DISTRICT COURT

Date:_____                         By:_____
                                                                                 Deputy Clerk