Marc D. Haefner
Eleonore Ofosu-Antwi
WALSH PIZZI O'REILLY FALANG LLP
One Riverfront Plaza
1037 Raymond Boulevard, Suite 600
Newark, New Jersey 07102
(973) 757-1100

**OF COUNSEL:**

J. Stephen Simms
SIMMS SHOWERS LLP
201 International Circle, Suite 250
Baltimore, Maryland 21030
(410) 783-5795

*Attorneys for Plaintiff E.N. Bisso & Son, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| E.N. BISSO & SON, INC., | : |
| | : CIVIL ACTION NO.: 2:19-cv-21925-SRC- CLW |
| Plaintiff, | : |
| | : IN ADMIRALTY, Rule 9(h) |
| v. | : |
| | : |
| TUG LINDA LEE BOUCHARD, | : |
| | : |
| BARGE B-205, | : |
| | : *Electronically Filed* |
| Their equipment and appurtenances, and freights, | : |
| | : |
| Defendants *in rem*. | : |

## NOTICE OF DISMISSAL – FED. R. CIV. P. 41

Please take notice that, settlement having been satisfactorily reached of the claims in rem (only) asserted in this case, that E.N. Bisso & Son, Inc. ("E.N. Bisso") pursuant to Fed. R. Civ. P. 41 dismisses this action with prejudice, each party to bear its own respective costs and attorneys fees.

- 1 -

No responsive pleadings have been filed.

Dated:  December 30, 2019.

          WALSH PIZZI O'REILLY FALANGA LLP

          *s/Marc D. Haefner*
          Marc D. Haefner
          Eleonore Ofosu-Antwi
          WALSH PIZZI O'REILLY FALANGA LLP
          Three Gateway Center
          100 Mulberry Street, 15th Floor
          Newark, New Jersey 07102
          (973) 757-1100

OF COUNSEL
J. Stephen Simms
Simms Showers LLP
201 International Circle
Baltimore, Maryland 21030
Tel:  410-783-5795
Email:  jssimms@simmsshowers.com